IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY, INC. MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No.: MD 16-2695 JB/LF

*This Document Relates To All Cases*

## Notice of Co-Counsel Carlos Ramirez' Good Standing

I hereby notify the Court that Carlos Ramirez is in good standing in the states of New York and New Jersey, where he is admitted.

Date:  May 24, 2018   `          Respectfully submitted:

/s/*Nicholas Koluncich*
Nicholas Koluncich
Law Offices of Nicholas Koluncich, III, LLC
500 Marquette Avenue NW, Suite 1200
Albuquerque, New Mexico 87102
505-881-2228
nkoluncich@newmexicoclassactions.com

Local Counsel Coordinating Committee for
Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of May, 2018 a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF, which caused the document to be electronically served upon all counsel.

/s/ *Nicholas Koluncich*
Nicholas Koluncich